Certificate Number: 05781-GAS-DE-041224498

Bankruptcy Case Number: 26-10539



05781-GAS-DE-041224498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 7:16 o'clock AM PDT, Mabel Fritz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date:  July 20, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President