Certificate Number: 05781-GAS-DE-041243845

Bankruptcy Case Number: 25-20100



05781-GAS-DE-041243845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2026, at 8:07 o'clock AM PDT, Kacey Schwendner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date:  July 24, 2026                    By:      /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:   President